
FILED

AUG 2 2 2014

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

KENDRICK DARNELL JONES, )
)
    Plaintiff, )
)
vs. ) No. CIV-14-510-W
)
LAWTON CORRECTIONAL FACILITY )
et al., )
)
    Defendants. )

## ORDER

On July 15, 2014, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this matter and recommended dismissal without prejudice of the complaint filed by plaintiff Kendrick Darnell Jones seeking relief under title 42, section 1983 of the United States Code. Jones, a state prisoner proceeding pro se, was advised of his right to object, but no objections to the Report and Recommendation have been filed within the allotted time.

Upon review of the record, the Court concurs with Magistrate Judge Goodwin's suggested disposition of this matter. Jones was directed on June 3, 2014, to either pay the filing fee of $400.00 or file a motion seeking leave to proceed in forma pauperis, and he was warned of the consequences of his failure to do so. See Doc. 4. To date, Jones has neither complied with Magistrate Judge Goodwin's Order, nor shown good cause for his failure to take action.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 5] issued on July 15, 2014; and

(2) DISMISSES this matter without prejudice to refiling.

ENTERED this 22nd day of August, 2014.

LEE R. WEST
UNITED STATES DISTRICT JUDGE